UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

        -against-                                    ORDER

                                                          Docket No. 22 CR 00640 (KMK)

Rodney George,

        Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

        Margaret M. Shalley, Esq., is to assume representation of the defendant in the above captioned matter as of August 4, 2025. Ms. Shalley is appointed pursuant to the Criminal Justice Act. Her address is Margaret M. Shalley & Associates, LLC, 225 Broadway, Suite 715, New York, NY 10007, phone number (212) 571-2670; Email: margaretshalley@aol.com Michael David Bradley is relieved as counsel.

                                                                       SO ORDERED

                                                                       KENNETH M. KARAS
                                                                       UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
            August 5, 2025